NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HERBERT LEON GHENT,           )
                              )
          Appellant,          )
                              )
v.                            )          Case No. 2D17-4051
                              )
STATE OF FLORIDA,             )
                              )
          Appellee.           )
_____)

Opinion filed March 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Neil A. Roddenbery,
Judge.

Herbert Leon Ghent, pro se.


PER CURIAM.

          Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); Wright v.

State, 911 So. 2d 81 (Fla. 2005); Mills v. State, 822 So. 2d 1284 (Fla. 2002); Strickland

v. State, 437 So. 2d 150 (Fla. 1983); Smart v. State, 124 So. 3d 347 (Fla. 2d DCA

2013); Bizzell v. State, 912 So. 2d 386 (Fla. 2d DCA 2005); Boyd v. State, 880 So. 2d

726 (Fla. 2d DCA 2004); Walker v. State, 639 So. 2d 1030 (Fla. 2d DCA 1994); State v.

Richards, 639 So. 2d 680 (Fla. 2d DCA 1994); Pleas v. State, 41 So. 3d 980 (Fla. 1st

DCA 2010); Thomas v. State, 778 So. 2d 429 (Fla. 5th DCA 2001); Bloodworth v. State, 504 So. 2d 495 (Fla. 1st DCA 1987).

NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.